RICHARD MULLER, Doing Business under the Name of MULLER GLORIA MILLS, Appellant, *v.* ANTOINE GUICHARD, Doing Business under the Name of A. GUICHARD & Co., Respondent.

*Muller* v. *Guichard*, 133 App. Div. 944, affirmed.
(Submitted October 5, 1910; decided October 25, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 16, 1909, affirming a judgment in favor of defendant entered upon the report of a referee in an action to recover for an alleged breach of contract of sale.

*Morris J. Hirsch* and *Herbert R. Limburg* for appellant.

*Chester A. Jayne* and *John L. Wilkie* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.